IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHREYAS SHIPPING LIMITED, | * | |
| Plaintiff, | * | |
| | * | Civil Action No. AMD 01 CV 308 |
| v. | * | |
| HYUNDAI MERCHANT MARINE CO., LTD. | * | |
| and | * | |
| L.C. SHIPPING INC., | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATED MOTION FOR AN ORDER EXTENDING TIME TO ANSWER**

Hyundai Merchant Marine Co., Ltd. and L.C. Shipping Inc., with the agreement of Shreyas Shipping Limited, move the Court for an Order extending until May 30, 2001 the time within which Hyundai Merchant Marine Co., Ltd. and L.C. Shipping Inc. shall answer or otherwise respond to the Complaint and Amended Complaint. The grounds of this motion are that this action involves documents and facts arising in India and perhaps other parts of the world and the defendant requires some additional time in order to obtain preliminary information regarding the case.

George C. Doub, III
12 West Madison Street
Baltimore, Maryland 21201-5231
(410) 547-0400
Attorney for Hyundai Merchant Marine Co., Ltd.

RBH 668904.1 4/5/01 11:35 AM

_____
Robert B. Hopkins
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street, 8th Floor
Baltimore, Maryland 21202-1643
Attorneys for Shreyas Shipping Limited

_____
J. Stephen Simms
Greber & Simms
20 South Charles Street
Suite 702
Baltimore, MD 21201-3754
Attorney for L.C. Shipping Inc.

## ORDER

SO ORDERED, this 20th day of April, 2001.

_____
Andre M. Davis, Judge

## CERTIFICATE OF SERVICE

I hereby certify that this _5th_ day of April, 2001, the foregoing Stipulated Motion for an Order Extending Time to Answer was mailed first class, postage prepaid to:

    Robert B. Hopkins, Esquire
    Ober, Kaler, Grimes & Shriver
    120 East Baltimore Street, 8th Floor
    Baltimore, Maryland 21202-1643
    Attorneys for Shreyas Shipping Limited

    J. Stephen Simms
    Greber & Simms
    20 South Charles Street
    Suite 702
    Baltimore, MD 21201-3754
    Attorney for L.C. Shipping Inc.

_/s/ George C. Doub, III_
George C. Doub, III