

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Shreyas Shipping, Ltd., | * | |
| Plaintiff, | * | Civil Action No. AMD 01-308 |
| v. | * | |
| Hyundai Merchant Marine Co., Ltd., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby move for this Court to modify the scheduling order, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a) Expert Disclosures: | January 18, 2002 |
| Defendants' Rule 26(a) Expert Disclosures: | February 15, 2002 |
| Plaintiff's Rule 26(a) rebuttal Expert Disclosures: | March 1, 2002 |
| Plaintiff's Rule 26(a) rebuttal Expert Disclosures: | March 15, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses: | March 29, 2002 |
| **Discovery Deadline and Submission of Status Report**: | April 26, 2002 |
| Requests for Admission: | May 10, 2002 |
| **Dispositive pretrial motions deadline**: | June 7, 2002 |

As good cause for this motion, the parties state that this action is in indemnity, for an alleged loss of cargo which is the subject of litigation in India. That litigation in India is continuing. The parties therefore request an extension of the case schedule, to allow that

litigation to proceed to a fuller extent. Furthermore, much of the evidence that may be involved in this case is located in India, and the parties therefore require further time for discovery, and the naming of experts as necessary.

The parties respectfully request this Court to grant this motion.

Dated: October 22, 2001.

_____ /JSS with permission
Robert B. Hopkins
Ober, Kaler Grimes & Shriver
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
Telephone: 410-685-1120

Plaintiff's Counsel

_____ /JS with permission
George C. Doub, III
12 W. Madison Street
Baltimore, Maryland 21201-5231
Telephone: 410-539-6500

Hyundai Merchant Marine Co., Ltd. Counsel

_____
J. Stephen Simms (#4269)
Stephen S. McCloskey (#4640)
W. Charles Bailey, Jr. (#23580)
Greber & Simms
Suite 702
20 South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-783-1368

L.C. Shipping Inc. Counsel

**APPROVED AND ENTERED** this 23 day of October, 2001.

_____
Andre M. Davis
United States District Judge