IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHREYAS SHIPPING LIMITED, | * | |
| Plaintiff, | * | |
| | * | Civil Action No. AMD 01 CV 308 |
| v. | * | |
| HYUNDAI MERCHANT MARINE CO., LTD., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND AGREEMENT**

The parties hereby agree that the defense of lack of subject matter jurisdiction will not be asserted in this matter.

_____
Robert B. Hopkins
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street, 8th Floor
Baltimore, Maryland 21202-1643
(410) 347-7383
Attorneys for Shreyas Shipping Limited

_____
George C. Doub, III, Esquire
12 West Madison Street
Baltimore, Maryland 21201-5231
Attorney for Hyundai Merchant Marine Co., Ltd.

_____
J. Stephen Simms, Esquire
Greber & Simms
20 South Charles Street, Suite 702
Baltimore, MD 21201-3754
Attorney for L.C. Shipping Inc.

APPROVED
[signature]
11/02/2001

RBH 683110.1 10/22/01 3:40 PM