IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| SHREYAS SHIPPING, LTD. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD01-308 |
| HYUNDAI MERCHANT MARINE CO., LTD., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

*   *   *   *   *   *   *   *

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2 6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby move for this Court to modify the scheduling order as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a) Expert Disclosures: | July 18, 2002 |
| Defendants Rule 26(a) Expert Disclosures: | August 16, 2002 |
| Plaintiff's Rule 26(a) rebuttal Expert Disclosures: | September 2, 2002 |
| Defendants' Rule 26(a) rebuttal Expert Disclosures: | September 16, 2002 |
| Rule 26(e)(2) supplementation of disclosures and Responses: | October 1, 2002 |
| Discovery Deadline and Submission of Status Report: | October 25, 2002 |
| Requests for Admission: | November 1, 2002 |
| Dispositive pretrial motions deadline: | November 9, 2002 |

As good cause for this motion, the parties state that this action is in indemnity, for an

alleged loss of cargo which is the subject of litigation in India. That litigation in India is

continuing. Additionally it has been extremely difficult for the parties to locate certain key

witnesses based in India as well as certain key documents based in India  The parties therefore request an extension of the case schedule, to allow that litigation to proceed to a fuller extent. Furthermore, much of the evidence that may be involved in this case is located in India, and the parties therefore require further time for discovery,a nd the naming of experts as necessary.

The parties respectfully request this Court to grant this Motion.

Dated:  April 25, 2002

Robert B. Hopkins
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St., 8th Floor
Baltimore, MD 21202
(410) 685-1120

Counsel for Shreyas Shipping, Ltd.

J. Stephen Simms
Stephen S. McCloskey
W. Charles Bailey, Jr.
Greber & Simms
20 S. Charles St., Suite 702
Baltimore, MD 21201
(410) 783-1368

Counsel for L.C. Shipping Inc.

George C. Doub, III
12 W. Madison Street
Baltimore, MD 21201-5231
(410) 539-6500

Counsel for Hyundai Merchant Marine Co., Ltd.

APPROVED AND ENTERED this 26th day of April, 2002.

Andre M. Davis
United States District Judge