IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHREYAS SHIPPING LIMITED, :
   Plaintiff :
:
v. : CIVIL NO. AMD 01-308
:
HYUNDAI MERCHANT MARINE CO.:
LTD., et al., :
   Defendants :

...oOo...

ORDER

The parties have stipulated to the dismissal without prejudice of all claims against defendant Hyundai and have expressed their hope that this indemnity action can be settled as to defendant L.C. Shipping. Discovery has closed. This order is appropriate under the circumstances. It is, therefore, this 9th day of January, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That the parties' stipulation dismissing this action without prejudice as to defendant Hyundai Merchant Marine Co., Ltd., is APPROVED; and it is further ORDERED

(2) That this case is STAYED and the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court to be entered at the request of any party; and it is further ORDERED

(3) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

ANDRÉ M. DAVIS
UNITED STATES DISTRICT JUDGE