IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| SHREYAS SHIPPING, LTD., | * | |
| | * | |
| Plaintiff, | * | Civil Action No. AMD 01-308 |
| | * | |
| v. | * | |
| | * | |
| L.C. SHIPPING, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## DEFENDANT L.C. SHIPPING'S MOTION TO REOPEN AND TO DISMISS PLAINTIFF'S CLAIM AGAINST IT

Defendant L.C. Shipping hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) that this matter be administratively reopened and that Plaintiff's claims against it be dismissed. In support of the instant motion, L.C. Shipping states the following:

1. This is a maritime indemnification claim brought by Shreyas Shipping against L.C. Shipping. It involves an alleged loss of cargo, namely pepper. According to the Complaint, the underlying claim is being litigated in India.

2. Plaintiff, Shreyas Shipping seeks indemnification from L.C. Shipping in the event that Shreyas is found liable in the Indian litigation. At this point in time, however, Shreyas has not been found liable, and Plaintiff's claims against L.C. do not exist, and cannot exist, until after the conclusion of the Indian litigation.

3. Three years ago, on January 9, 2003, this Court administratively closed the claims against Defendant L.C. Shipping. Since that time, L.C. Shipping has heard nothing of the Indian litigation.

4.      Although the case is administratively closed, it is still considered a "live" claim against L.C. Shipping and has been held as such on the books for the past three years.

5.      As demonstrated in the accompanying memorandum, any claim against L.C. Shipping is not ripe as a matter of law and, as such, should be dismissed.

WHEREFORE, L.C. Shipping moves that this Court reopen the case against L.C Shipping in order to consider the instant motion and dismiss this action.

A proposed Order and Memorandum accompany the instant motion.

Dated 3/8/2006         /s/_____
W. Charles Bailey, Jr. (#23580)
Simms Showers, LLP
20 South Charles Street
Suite 702
Baltimore, MD. 21201

Telephone:  (410) 783-5795
Facsimile:  (410)-783-1368
email:  wcbailey@simmsshowers.com

Counsel for Defendant L.C. Shipping

2