IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| SHREYAS SHIPPING, LTD., | * |
| Plaintiff, | * Civil Action No. AMD 01-308 |
| v. | * |
| L.C. SHIPPING, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant L.C. Shipping's Motion to Dismiss, the opposition of Defendant thereto, and the entire record herein, it is this ___ day of _____, 2006

ORDERED, that this action be, and hereby is,

MOVED to the Active Docket, and this Court further

FINDS, that Plaintiff Shreyas Shipping has failed to state a claim as a matter of law because its claim against L.C. Shipping is not ripe, and its if further

ORDERED that this case be, and hereby is, DISMISSED.

_____

United States District Judge