IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHREYAS SHIPPING LIMITED, | * | |
| Plaintiff, | * | |
| | * | Civil Action No. AMD 01 CV 308 |
| v. | * | |
| HYUNDAI MERCHANT MARINE CO., LTD., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO LC SHIPPING'S
MOTION TO REOPEN AND DISMISS**

The parties, by their undersigned attorneys, hereby stipulate and agree as follows:

1. LC Shipping, Inc. has filed a Motion to Reopen and Dismiss this matter.

2. The parties are now actively discussing a method to resolve this matter without further involvement of the Court and are hopeful that said discussions will be finalized within the next week.

3. The parties agree and stipulate that Shreyas Shipping Limited is provided an extension until May 15, 2006 to respond to the Motion to Reopen and to Dismiss in the event that the parties are not able to resolve this matter.

/s/_____
Robert B. Hopkins, Trial Bar No. 06017
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street, 8th Floor
Baltimore, Maryland  21202-1643
(410) 347-7383
Attorneys for Shreyas Shipping Limited

/s/_____
W. Charles Bailey, Trial Bar No. 23580
Greber & Simms
20 South Charles Street, Suite 702
Baltimore, MD  21201-3754
Attorney for L.C. Shipping Inc.

RBH 1807929.1 3/27/2006 10:04 AM