# SIMMS SHOWERS LLP

W. CHARLES BAILEY, JR.
Email: wcbailey@simmsshowers.com

July 5, 2007

The Honorable Andre M. Davis
United States District Court Judge
United States District Court for the
 District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

          Re:    Shreyas Shipping, LTD v. L.C.Shipping
                   Civil Action No. AMD 01-308

Dear Judge Davis:

    This firm represents Defendant Shreyas Shipping.  Shreyas seeks clarification of the current status of this action.

    By way of background, this is a maritime indemnification claim.  To the extent there is a claim against Shreyas at all, the dispute will arise only after the conclusion of litigation currently pending in India.  The India litigation has been pending for seven years, and we have heard nothing leading us to believe that it will resolve anytime soon.

    Most of the Defendants in this action have been dismissed without prejudice.  The claim against Shreyas, however, has not been dismissed.  It is our understanding that the claim is on the "inactive" docket.

    Since the case is on the inactive docket, Shreyas has expressed confusion about the legal status of the case. As we understand matters, the case is still technically "alive," although inactive. Shreyas and the Insurer, therefore, must maintain the case as a "live" claim on their books and records.

    Since the case does not meet the standards for ripeness, it is Shreyas's position that the matter should be dismissed *in toto*, and not simply placed on the inactive docket; this is why Shreyas moved to reopen and dismiss the matter on March 8, 2006.  The motion was never fully briefed, however, since this Court's July 18, 2006 order denied as moot the Defendant's request to extend the time to respond to Shreyas's motion.

# S<span>IMMS</span> S<span>HOWERS</span> LLP

The Honorable Andre M. Davis
July 5, 2007
Page Two


      Shreyas respectfully requests clarification and/or amplification of the July 18, 2006 order. Specifically, Shreyas seeks clarification as to whether the order says that the need to reply is moot because the matter has, indeed, been dismissed? Or, does the Court have something else in mind?

      Given our confusion, Shreyas respectfully requests clarification from the Court that the action has, indeed, been dismissed and, therefore, is closed.  In the alternative, if it has not been dismissed, Shreyas respectfully requests that this Court grant its initial motion to reopen, reopen the matter, and consider its motion to dismiss.

      On behalf of Shreyas, I wish to thank the Court in advance for its consideration of this highly unusual situation.  Of course, should the Court require anything further, we stand ready to reply


      Respectfully,


      /s/
      W. Charles Bailey


WCB,Jr/sgb

cc:    Robert B. Hopkins, Esq.
       Ober, Kaler, Grimes & Shriver

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA