**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

July 9, 2007

MEMORANDUM TO COUNSEL RE:

Shreyas Shipping LTD v. L.C. Shipping, Inc.
Civil No. AMD 01-308

    I thank Mr. Bailey for his recent letter. My problem is that the motion filed by defendant in 2006 could have been filed in 2001 when this case was filed, and yet the parties proceeded with the case for more than two years, and at their request, *a request joined in by L.C. Shipping*, the case has been administratively closed. Thus, I see no need to do anything else at this point.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt